**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

|  |  |
|---|---|
| **MEHDI MOJTABAVI,** | |
| **Petitioner,** | |
| **v.** | **CAUSE NO. 1:26-cv-00050-CCB-ALT** |
| **KRISTI NOEM,** *Secretary, U.S.* *Department of Homeland Security, et al.,* | |
| **Respondents.** | |

## ORDER

Mehdi Mojtabavi is a civil detainee at the Miami Correctional Facility. His lawyer filed this case in the Fort Wayne Division. Because the Miami Correctional Facility is in the South Bend Division, the Fort Wayne Division is not the proper venue for this case. N.D. Ind. L.R. 3-1(a). When "the court determines a case is filed in a division without proper venue, the court may, pursuant to 29 U.S.C. § 1406: (1) dismiss the case; or (2) in the interest of justice, transfer the case by issuing an order directing the clerk to reopen the case in a proper division." N.D. Ind. L.R. 3-1(b). In the interests of justice, this case will be transferred.

For these reasons, the clerk is DIRECTED to close this case and open a new case with these filings in the South Bend Division and to randomly assign judges from that division as required by General Order 2025-15.

SO ORDERED. Entered this 30th day of January 2026.

/s/ Andrew L. Teel
Andrew L. Teel
United States Magistrate Judge